**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 19, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00177-CV

---

**TWENTY X HOLDINGS, LLC, Appellant**

**V.**

**T360X, LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-02627**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 25, 2022. On July 11, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.